# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** December 16, 2015
**TIME:** 1:45 to 2:05 (20 Mins.)

**DOCKET:** 13-CR-0244 (LDW)(ARL)
**TITLE:** USA v. Foster

**APPEARANCES:**
- **Gary Foster (deft # 1)**
  - Present
  - On Bond
  - Represented by **Salvatore J. Marinello (Retained)**

- United States of America
  - Represented by **Mark E. Misorek, AUSA**
    For Ameet B. Kabrawala, AUSA

- Probation:         **Lisa Langone**

- Court Reporter:    **Paul Lombardi**

- Courtroom Deputy:  Eric L. Russo

-----------------------------------------------------------------

✓   Case called.

✓   Defendant sentenced on count four (4) of the four (4) count **Indictment.**

✓   IMPRISONMENT: **Thirty six (36) months.**

✓   SUPERVISED RELEASE: **Five (5) years.**

✓   RESTITUTION: **$14,000.00.**

✓   SPECIAL ASSESSMENT: **$100.00, due immediately.**

✓   No fines have been ordered.

✓   Defendant **waived** his right to appeal.

✓   **ALL** open counts are dismissed on the motion of the United States.

- ✓ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 PM on March 1, 2016.** The defendant and counsel are directed to report to the US Marshal Service for processing.

- ✓ Final Order of Forfeiture executed.

- ✓ Defendant's current bond conditions continue until the date of surrender.

- ✓ Proceedings concluded.