# SALVATORE J. MARINELLO, P.C.

Telephone: (516) 877-2270

ATTORNEY AT LAW
1140 Franklin Ave.
Suite 200
Garden City, New York 11530

Facsimile: (516) 739-1364

January 6, 2016

Honorable Leonard D. Wexler
U.S. Senior District Court Judge
944 Federal Plaza
Central Islip N.Y. 11722

Re: United States v Gary Foster
CR No. 13 CR 244 (LDW)

By ECF Filing

Dear Judge Wexler:

    I am counsel for the defendant Gary Foster. The defendant is scheduled to surrender to the Bureau of Prisons, pursuant to this Courts sentence On March 1,2016 .I write seeking an extension of his surrender date to May 1, 2016 as well for additional relief, for the following reasons. Mr Foster has been terminated from his position with the New York Transit authority a job he has held for over ten years. As a result of this he must make arrangements prepare his home for sale since he can no longer afford mortgage payments. This will require listing and inspection by a real estate agent as well as removing the contents of his home in preparation for sale. In addition he must file the necessary paper work and application for any pension he is entitled to.

    He will need additional time to accomplish these tasks since he is not permitted to use the internet to take the necessary steps in this process. He must accomplish this on his own without the help of family members. I am also requesting that the home detention provisions of his release be vacated in order for the defendant accomplish what he must do in order to get his life in order before surrender.

    I have spoken to AUSA Ameet Kabrawala who opposes this request at this time with a view toward revisiting the issue sometime in mid February, 2016 . Pre Trial services officer Christina Bourque opposes my application,

Respectfully Submitted

*Salvatore J. Marinello*
Salvatore J. Marinello