UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA

    -against-

Gary Foster

-------------------------------X

ORDER

13-CR-0244-001 (LDW)

WEXLER, Senior District Judge:

The defendant, through counsel, moves to extend the date in which he is to surrender himself for the service of his sentence, currently set for March 1, 2016, as ordered in the judgment entered in this action on 12/22/2015. In addition, the defendant moves to have home detention removed as a condition of release while on bond and up to the date of surrender.

**IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED, in part, and DENIED, in part.** The defendant is ordered to surrender himself to the institution designated by the Bureau of Prison before 2:00 p.m. on **April 1, 2016**. The defendant is ordered to adhere to **ALL** conditions of release as set forth in the Order Setting Conditions of Release and Bond entered in this action on 3/22/2013.

SO ORDERED:

s/ Leonard D. Wexler
Leonard D. Wexler
Senior U.S.D.J.

Dated: January 11, 2016
      CENTRAL ISLIP, NEW YORK